■ DONALD ADAMY, Respondent, v SOUTH BUFFALO RAILWAY COMPANY, Appellant. (Appeal No. 2.) [740 NYS2d 897] —Appeal from an order of Supreme Court, Erie County (O'Donnell, J., for Burns, J.), entered November 14, 2000, which granted plaintiff's motion to compel disclosure.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Adamy v South Buffalo Ry. Co.* (294 AD2d 801). Present—Green, J.P., Hayes, Scudder, Gorski and Lawton, JJ.

■ DONALD ADAMY, Appellant, v SOUTH BUFFALO RAILWAY COMPANY, Respondent. (Appeal No. 3.) [740 NYS2d 897] —Appeal from an order of Supreme Court, Erie County (Notaro, J., for Burns, J.), entered January 31, 2001, which, inter alia, denied plaintiff's motion for partial summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Green, J.P., Hayes, Scudder, Gorski and Lawton, JJ.

■ DONALD ADAMY, Appellant, v SOUTH BUFFALO RAILWAY COMPANY, Respondent. (Appeal No. 4.) [741 NYS2d 482] —Appeal from an order of Supreme Court, Erie County (Notaro, J.), entered March 12, 2001, which granted defendant's motion pursuant to CPLR 4545.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously vacated without costs (*see Adamy v South Buffalo Ry. Co.* [appeal No. 1], 294 AD2d 801). Present—Green, J.P., Hayes, Scudder, Gorski and Lawton, JJ.